IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARTIN A. HOLMAN,

Plaintiff,

v.

CBE GROUP, INC.,

Defendant.

Case No. 20-cv-831 JPG

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 24, 2021**        **MARGARET M. ROBERTIE, Clerk of Court**

**s/ Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**